SCWC-11-0000346

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JASON BURNSIDE, Trustee of the Audrey K. Burnside
Revocable Trust Dated January 21, 1998, By and
Through His Managing Agent Scott Real Estate, Inc.,
Respondent/Plaintiff-Appellee,

vs.

PAULETTE L. CADIENTE, Petitioner/Defendant-Appellant,

and

NATHAN CADIENTE, Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000346; CASE NO. 1RC 11-1-512)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Del Rosario, in place of Acoba, J., recused)

Petitioner/Defendant-Appellant Paulette L. Cadiente's

application for writ of certiorari filed on January 29, 2013, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, March 15, 2013.

Paulette L. Cadiente,
petitioner, pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Dexter D. Del Rosario

